# EXHIBIT "C"

DUANE MORRIS

MICHAEL R. LASTOWSKI
DIRECT DIAL: 302.657.4942
E-MAIL: mlastowski@duanemorris.com

www.duanemorris.com

FIRM and AFFILIATE OFFICES

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

January 15, 2002

**Via Telecopier (781) 386-9698**
**and Via Regular Mail**

Neal D. Goldman, Esquire
Executive Vice President, General Counsel and
  Chief Administrative Officer
Polaroid Corporation
784 Memorial Drive
Cambridge, Massachusetts 02139-4687

Re:  **Ian J. Shiers**

Dear Neal:

Given our difficulty in connecting, I felt it best to write to you addressing the issues surrounding the forgiveness of amounts under the February 15, 2001 Promissory Note ("Note") given by Ian J. Shiers to Polaroid Corporation.

As you know, Ian has taken the position that the amounts due under the Note have been forgiven on account of his consecutive termination. Specifically, with the August, 2001 termination/discontinuance of the Executive Deferred Compensation Plan into which Polaroid was required, by Ian's Employment Agreement, to contribute $70,000.00 each year, an event of constructive termination under both the Note and the Employment Agreement occurred. When we recently spoke, briefly, you indicated that Polaroid had provided a substantially equivalent benefit by the making of a "book entry" for the required sum to some sort of supplemental executive retirement plan.

The purpose of this letter is two-fold. First, to request written confirmation and supporting documentation regarding (i) the plan to which the contribution has been made; and (ii) the actual contribution.

Ian is unhappy regarding the apparent disputes concerning the forgiveness of amounts due under the Note. It has occurred to Ian that there have occurred other events constituting constructive termination including communication to him of Polaroid's intention to not comply with the terms of the August 1, 2001 Retention Agreement between Ian and Polaroid which was entered into, in good faith, by Ian. This would assuredly constitute a bonus, incentive or other benefit plan, the discontinuation or reduction in which, without an economically equivalent replacement, constitutes a constructive termination.

I would appreciate hearing from you at your earliest convenience regarding Polaroid's intention to comply with the request regarding the supplemental executive plan and to address the matters raised in this letter, in general.

Very truly yours,

Michael R. Lastowski

MRL:clh

cc: Mr. Ian J. Shiers
Attorney Mary E. O'Neal

WLM\54250.1